AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOHN DOE
A/K/A JOSE ANTONIO PARRILLA

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-1768-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JUNE 24, 2002__ in __WORCESTER__ county, in the _____ District of __MASSACHUSETTS__ defendant(s) did, (Track Statutory Language of Offense) willfully and knowingly make a false statement in an application for a United States Passport with intent to induce and secure the issuance of a passport under authority of the United States for his own use or the use of another

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am a(n) __SPECIAL AGENT, DEPT. OF STATE__ and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT OF DIPLOMATIC SECURITY SERVICE SPECIAL AGENT ROBERT J. GOUSIE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Robert J. G_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__10-16-03__ at __WORCESTER, MASSACHUSETTS__
Date                                           City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.