## AFFIDAVIT

I, Robert J. Gousie, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since June 2001. As part of my official duties, I am assigned to investigate persons who have provided or included false information in passport applications.

2. The information set forth in this affidavit is based upon my investigation, the investigation of other DSS agents, and information provided by the Boston Passport Agency, the Puerto Rico Department of Health, and other law enforcement officials as set forth below. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation but only those facts that I believe are sufficient to establish probable cause in support of a criminal complaint and the issuance of an arrest warrant charging JOHN DOE, a/k/a Jose Antonio PARRILLA, ("DOE") with making false statements in an application for a United States passport, in violation of Title 18, United States Code Section 1542.

3. On June 24, 2002, DOE, identifying himself as Jose Antonio PARRILLA submitted an application ("DSP-11") for a

1

United States passport at the United States Post Office in Worcester, Massachusetts. A copy of DOE's application is appended hereto as Exhibit A. In support of his application, DOE provided a Massachusetts driver's license and a Puerto Rican birth certificate. The license was in the name of Jose Antonio PARRILLA with a date of birth of September 21, 1965. The birth certificate, in the name of Jose Antonio PARRILLA INDIO with the same date of birth, indicated that PARRILLA was born in Fajardo, Puerto Rico. A copy of the Puerto Rican birth certificate is appended hereto as Exhibit B.

4. DOE signed the application as PARRILLA in the presence of the authorized passport acceptance clerk, attesting that all the information was true. DOE also submitted, as required, two copies of his photograph. One copy of the photograph was attached to the application at the time of its submission.

5. On November 21, 2002, SA Robert Goodrich and SA Michael Roberts interviewed DOE at the Boston Field Office to determine if he was in fact PARRILLA. DSS agents had obtained information from the Puerto Rico Department of Health that the birth certificate submitted by DOE was a copy of a real birth certificate. The Puerto Rico Department of Health also provided information that the true

PARRILLA had two siblings who were only one and two years younger than he. When DOE was questioned, he said he had no siblings and that he had not seen his parents since he was six years old. He could not explain the existence of the Department of Health records relating to the two siblings. (DOE did confirm that he was the same individual who was arrested in Massachusetts on several occasions under the names Jose A. PARRILLA and Adagiso Sanchez, including an arrest for trafficking in heroin, an arrest for shoplifting, and an arrest for possession with intent to distribute a Class D substance.) During the interview DOE also told agents that the reason he sought to obtain a passport was to travel to Jamaica to marry his girlfriend. When his girlfriend, Jeanette Bermudez, was interviewed separately, she stated that her family members lived in the Dominican Republic and that she and DOE intended to travel to the Dominican Republic to get married.

6. On November 26, 2002, SA Robert Goodrich located the true Jose Antonio PARRILLA by telephone in Puerto Rico. Mr. PARRILLA was readily able to identify his date and place of birth, his parents' full names, and the names and approximate ages of his two siblings identified by the Puerto Rico Department of Health. He provided detailed

3

information about his family members including his parents and siblings.

7. On August 4, 2003, SA Maurice Brungardt and IA Lillian Sanjurjo, of the San Juan Resident Office of DSS, interviewed the true Jose Antonio PARRILLA in Luquillo, Puerto Rico. They met with Mr. PARRILLA and his father, Enemias Parrilla, and both men were able to provide identification documentation and answer questions substantiating PARRILLA's assertion that he was the true Jose PARRILLA associated with the birth certificate submitted by DOE with his passport application. PARRILLA also submitted a sworn statement to that fact as well. Agents also confirmed that PARRILLA's parents, Enemias Parrilla and Eugenia Indio, live across the street from him in Luquillo. PARRILLA also reported that in addition to the two siblings identified by the Puerto Rico Department of Health, he had four other siblings, and he has four children of his own.

8. During the interview on August 4, 2003, PARRILLA also told agents that he had become aware that someone had been employing his identity in the United States. PARRILLA, who told agents that he had never traveled outside Puerto Rico or applied for a United States passport, showed agents documents associated with his name that had an address in

Worcester, Massachusetts. Those documents also had the name of DOE's girlfriend, Jeanette Bermudez. PARRILLA did not recognize and could not identify DOE when shown a picture of him.

9. Based on the preceding information, I believe that probable cause exists to conclude that JOHN DOE, using the identity of Jose Antonio PARRILLA, did on or about June 24, 2002, willfully and knowingly make false statements in a application for United States passport, with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in violation of 18 U.S.C. 1542.

                                  Robert J. Gousie
                                  Special Agent
                                  U.S. Department of State
                                  Diplomatic Security Service

Sworn and subscribed to me this 16th day of October 2003.

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DEPARTMENT OF STATE**
**APPLICATION FOR** [X] PASSPORT [ ] REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

1. NAME (First and Middle): JOSE ANTONIO
   LAST: PARRILLA
2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX: 73 BELLEVUE ST.   APT. #: 3 FLOOR
   CITY: WORCESTER   STATE: MA
   ZIP CODE: 01610   COUNTRY / IN CARE OF: USA

barcode: 104012247

3. SEX: [X] M
4. PLACE OF BIRTH: FAJARDO PUERTO RICO (PR)
5. DATE OF BIRTH: 06/21/65
6. SOCIAL SECURITY NUMBER: 582415632

7. HEIGHT: 5'8"
8. HAIR COLOR: BROWN
9. EYE COLOR: BROWN
10. HOME TELEPHONE: (508) 752-1218
11. BUSINESS TELEPHONE: ( )
12. OCCUPATION: MFG CO

13. PERMANENT ADDRESS: 73 BELLEVUE ST 3rd FLOOR, WORCESTER MA 01610

14. FATHER'S FULL NAME: PARRILLA ENEMIAS   BIRTHPLACE: PUERTO RICO   BIRTHDATE: 3/6/44   U.S. CITIZEN: [X] Yes
15. MOTHER'S FULL MAIDEN NAME: INDIO EUGENIA   BIRTHPLACE: PUERTO RICO   BIRTHDATE: 1/2/47   U.S. CITIZEN: [X] Yes

16. HAVE YOU EVER BEEN MARRIED? [X] No
18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? [X] No

19. EMERGENCY CONTACT:
    NAME: JEANETTE BERMUDEZ
    STREET: 73 BELLEVUE ST.
    CITY: WORCESTER  STATE: MA  ZIP: 01610
    TELEPHONE: (508) 752-1218
    RELATIONSHIP: FIANCEE

Applicant's Signature: [signed]

22. FOR ACCEPTANCE AGENT'S USE: Kathleen D. Forcale   06/24/03

23. APPLICANT'S IDENTIFYING DOCUMENTS: [X] DRIVER'S LICENSE   EXPIRATION DATE: 01/14/04   ID No: 582415632   PLACE OF ISSUE: MA   ISSUED IN THE NAME OF: JOSE A PARRILLA

24. FOR ISSUING OFFICE USE ONLY: [X] Birth Certificate (BR)  9/20/65 /s/ikr

FORM DSP-11 (12-97)


GOVERNMENT EXHIBIT

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)

**NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)**
152-1965-01506-000000-001210

**NOMBRE DEL INSCRITO (NAME OF REGISTRANT)**
JOSE ANTONIO PARRILLA INDIO

**DOMICILIO (DWELLING HOUSE)**
LUQUILLO, PUERTO RICO

**FECHA NACIMIENTO (BIRTHDATE)**
21 SEP 1965

**FECHA INSCRIPCION (REGISTRATION DATE)**
28 SEP 1965

**LUGAR NACIMIENTO (BIRTHPLACE)**
FAJARDO, PUERTO RICO

**SEXO (SEX)** M

**NOMBRE DEL PADRE (FATHER'S NAME)**
ENEMIAS PARRILLA

**EDAD (AGE)** 21

**LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)**
LUQUILLO, PUERTO RICO

**NOMBRE DE LA MADRE (MOTHER'S NAME)**
EUGENIA INDIO

**EDAD (AGE)** 18

**LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)**
LUQUILLO, PUERTO RICO

**FECHA EXPEDICION (DATE ISSUED)**
16 MAY 2002

************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



*Dando Salud... a tu Vida.*

**ADVERTENCIA:** Cualquier alteración o borradura cancela esta certificación.
WARNING: Any alteration or erasure voids this certification.

GOVERNMENT EXHIBIT B

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__   Investigating Agency __DEPT OF STATE__

**City** __WORCESTER__   Related Case Information:

**County** __WORCESTER__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOHN DOE__   Juvenile ☐ Yes  ☒ No

Alias Name __JOSE ANTONIO PARRILLA, JOSE A. PARILLA, ADAGISO SANCHEZ__

Address __73 BELLVEUE STREET, 3ʳᵈ FLOOR, WORCESTER, MA__

Birth date: __UNK__   SS#: __UNK__   Sex: __M__   Race: __HISP__   Nationality: __UNK__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __JOHN T. McNEIL__   Bar Number if applicable __550473__

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: __10/16/03__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 16, 2003__   Signature of AUSA: _Paul G. Casey_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy  _____

Name of Defendant   JOHN DOE

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1542 | FALSE PASSPORT APPLICATION | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   DEFENDANT HAS A CRIMINAL RECORD UNDER JOSE A. PARILLA, DOB 1965, SSN ***-**-3925

JS 45.wpd - 3/13/02