## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: October 16, 2003 |
| Courtroom Clerk: Roland | Time In Court: 15 min |
| Case: USA v. John Doe | Case Number: 03-1768 CBS |
| AUSA: Casey for McNeil | Defense Counsel: Ryan |
| PTSO/PO: | Court Reporter: Cheryl Dahlstrom |

## TYPE OF HEARING

| | |
|---|---|
| [X] **Initial Appearance**<br>[X] Arrested:  [ ] on warrant  [X] on probable cause<br>[ ] Defendant Sworn<br>[X] Advised of Charges<br>[X] Advised of Rights<br>[X] Requests Appointment of Counsel<br>[ ] Retained Counsel<br>[X] Court Orders Counsel be Appointed<br>[X] Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts_____<br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on unsecured bond with Conditions |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] _____ Status Conference<br>[ ] Other _____ |

## CONTINUED PROCEEDINGS

P/C & Detention Hearing set for 10/27/03 at 12:00 pm

## REMARKS

Case called, Counsel and Defendant appear for initial appearance, Govt seeks detention and continuance, Case continued for p/c and detention, Dft remanded to the custody of the US Marshal