UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | 18 U.S.C. § 1542 – |
| ENRIQUILLO AGUSTIN FERNANDEZ | ) | (False Passport Application) |
| a/k/a Jose Antonio Parrilla | ) | |

## INFORMATION

<u>COUNT ONE</u>:     (18 U.S.C. § 1542 -- False Passport Application)

The United States Attorney charges that:

On or about June 24, 2002, at Worcester, in the District of Massachusetts,

**ENRIQUILLO AGUSTIN FERNANDEZ**
a/k/a Jose Antonio Parrilla,

defendant herein, did willfully and knowingly make a false statement in an application for a United States Passport with intent to induce and secure the issuance of a passport under authority of the United States for his own use.

All in violation of Title 18, United States Code, Sections 1542 and 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: December 24, 2003          By:       /s/ John T. McNeil
                                           JOHN T. McNEIL
                                           Assistant U.S. Attorney
                                           (617) 748-3242