UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES OF AMERICA,</u>         Criminal Case

                                  NO. <u>03-40041-NMG</u>

         V.


<u>Enriquillo Agustin Fernandez,</u>
         Defendant

### NOTICE

<u>GORTON,   D.J.</u>

　　PLEASE TAKE NOTICE that the above-entitled case has been   SET for <u>     RULE 11 HEARING     </u> on <u> WEDNESDAY   FEBRUARY 25, 2004     </u> at <u> 3:00PM </u> before  Judge <u>    GORTON    </u> in U.S. District Court, WORCESTER,  MA.


<u>    1/22/04          </u>                  /S/ MARTIN CASTLES
　　　ate                                  Deputy Clerk
                                          508-929-9904

Notice mailed to:
Counsel of record
Probation
Pretrial
U.S. Marshals