UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ENRIQUILLO AGUSTIN FERNANDEZ )<br>  a/k/a Jose Antonio Parrilla ) | CRIMINAL NO. 03-40041-NG<br><br>VIOLATION:<br>18 U.S.C. § 1542 –<br>  (False Passport Application) |

## WAIVER OF INDICTMENT

I, **ENRIQUILLO AGUSTIN FERNANDEZ a/k/a Jose Antonio Parrilla**, the above-named defendant, who is accused of submitting a false passport application, in violation of 18 U.S.C. § 1542, being advised of the nature of the charges, the proposed information, and my rights, hereby waive prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
ENRIQUILLO AGUSTIN FERNANDEZ
a/k/a Jose Antonio Parrilla
Defendant

_____
Edward P. Ryan
Counsel for the Defendant

Date: 2/25/04

accepted: /s/ M Gorton, USDJ 2/25/04